## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATHANIEL JONES     **FILED**     CIVIL ACTION

     v.      JAN 2 0 2017

KENNETH CAMERON, et al. KATE BARKMAN, Clerk     NO. 15-cv-05377-WB
     By_____ Dep. Clerk

AND NOW this ____19th____ day of __January__, 20_17_, upon careful and independent consideration of Nathaniel Jones' petition for writ of habeas corpus (Doc. No. 1), the Commonwealth's response in opposition (Doc. No. 13), and the Report and Recommendation of U.S. Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED;

2. Jones' Petition for Writ of Habeas Corpus is DENIED and DISMISSED with prejudice;

3. No certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1)(A) because "the applicant has [not] made a substantial showing of the denial of a constitutional right[,]" under 28 U.S.C. § 2253(c)(2), since he has not demonstrated that "reasonable jurists" would find my "assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see United States v. Cepero*, 224 F.3d 256, 262-63 (3d Cir. 2000), *abrogated on other grounds by Gonzalez v. Thaler*, ____ U.S. ____, 132 S. Ct. 641 (2012); and,

4. The Clerk of Court shall mark this file closed.

BY THE COURT:

HON. WENDY BEETLESTONE
U.S. District Judge